# Commonwealth, Appellant, *v.* Falk (No. 2).

OPINION BY ORLADY, J., February 24, 1915:

For the reasons given in Com. v. Falk, No. 90, October Term, 1914, ante, p. 217, the judgment in this case is reversed and the record remitted to the court below with a procedendo.